UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>V.<br><br>JOSUE SERRANO,<br><br>Defendant. | Mag No: 19-cr-847-KM<br><br>**CONSENT ORDER EXTENDING DISCOVERY PERIOD** |

THIS MATTER having come before the Court on application of the Defendant Josue Serrano (Laura K. Gasiorowski, Esq. appearing) and with the consent of Craig Carpenito, United States Attorney for the District of New Jersey (AUSA Cassye Cole appearing); and Co-Defendant Eduardo Perez (Joseph Rem, Esq. appearing), and the parties having conferred and agreed to extension due to Counsel's need of four to six weeks to conduct investigation, and for good cause shown,

It is on this 16th day of January, 2020 ORDERED that:

1. The Defendants shall submit discovery requests and provide reciprocal discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before February 28, 2020;

2. The Defendants shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before February 28, 2020;

3. The Defendants shall file any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h) in the manner set forth in L. Civ. R. 7.1, on or before March 16, 2020;

4. The Government shall file any response to the Defendants' pretrial motions on or before March 23, 2020;

5. The Defendants shall file any reply on or before March 30, 2020;

6. Oral argument on pretrial motions shall be held on April 2, 2020. at 2:00 p.m.

Honorable Kevin McNulty,
United States District Judge

Laura K. Gasiorowski, Esq.
Counsel for Defendant Josue Serrano

Joseph Rem, Esq.
Counsel for Defendant Eduardo Perez

Tamra Katcher, Esq.